UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRADO VISION LASIK CENTER, LLC,
et al.,

    Plaintiffs,

v.                                      CASE NO: 8:05-cv-1184-T-23EAJ

NIDEK INCORPORATED, et al.,

    Defendants.
_____/

## ORDER

The plaintiffs move (Doc. 6) to remand and seek an extension of time to respond and a stay of the action pending a decision on the motion to remand.[1] The plaintiffs' motion for an extension to time to respond to the counterclaim is **GRANTED IN PART**. The plaintiffs will respond to the counterclaim on or before **JULY 29, 2005**. The motion to stay is **DENIED**.

ORDERED in Tampa, Florida, on July 5, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy

---

[1] The motion fails to comply with Local Rule 3.01(g). Further failure to comply with the Local Rules may result in sanctions.